UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL M. NAZARENKO,<br>Plaintiff,<br>v.<br>META PLATFORMS INC., et al.,<br>Defendants. | Case No. 26-cv-07474-RFL<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 40 |

Nazarenko filed a complaint in state court against Meta, TaskUs, and TaskUs Greece alleging a series of claims arising out of his employment and subsequent termination by TaskUs Greece. Meta is the only defendant that has been served or appeared. (Dkt. Nos. 1, 2.) After Nazarenko filed a first amended complaint in state court, Meta and TaskUs removed the case to this Court. (Dkt. No. 1.) On July 21, 2026, Nazarenko filed a motion to remand the case to state court. (Dkt. No. 10.) On July 27, 2026, Meta filed a motion to dismiss. (Dkt. No. 19.) The Court vacated any briefing deadlines related to the motion to dismiss until the remand motion could be resolved. (Dkt. No. 28.) The Court subsequently denied the motion to remand and reset Plaintiff's deadline to respond to the motion to dismiss to October 8, 2026. (Dkt. Nos. 38, 39.) Nazarenko now moves for leave to file a second amended complaint.

The proposed second amended complaint seeks to add new federal statutory and state common law causes of action as well as allege new facts Nazarenko says he uncovered through additional investigation of Defendants. It would be unfair to Meta to allow these revisions while Meta's motion to dismiss is still pending. Accordingly, the motion seeking leave to amend is **DENIED** without prejudice. If the motion to dismiss is granted, the Court will determine

whether amendment will be permitted in its order on that motion. On the other hand, if the motion to dismiss is denied, and Nazarenko still seeks to further amend his claim, Nazarenko may seek leave at that time. Nazarenko must still file his opposition to the motion to dismiss by October 8, 2026.

**IT IS SO ORDERED.**

Dated: September 28, 2026

RITA F. LIN
United States District Judge